UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 2 1 2005

FILED

ZELKJO ANIC
BOLERO LLC

   v.                                         C.A. No. 05-114L

ROBERT LAFONTAINE and
TOWER REALTY GROUP

## O R D E R

A show cause hearing was held on July 15, 2005, and no cause having been shown why this case should not be dismissed, the within case hereby is dismissed, without prejudice, for lack of prosecution.

ENTER:                                              BY ORDER:


Ronald R. Lagueux
Senior Judge
July 15, 2005


Deputy Clerk